# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH LYN MORRELL,
                    Appellant,
           vs.
THE STATE OF NEVADA,
                  Respondent.

No. 70664

FILED

OCT 06 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a petition for a writ of mandamus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

                             _____Cherry_____, J.
                             Cherry

_____, J.                      _____, J.
Douglas                           Gibbons

cc:  Hon. Michael Villani, District Judge
     Kenneth Lyn Morrell
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

16-31109